# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; THE BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; THE BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 88 SECTION 401(K) PLAN; THE SHEET METAL WORKERS LOCAL 88 RETIREE HEALTH PLAN; THE SHEET METAL WORKERS LOCAL 88 JOINT APPRENTICESHIP AND TRAINING FUND, INC.; THE LOCAL 88 INDUSTRY STABILIZATION PROGRAM; THE SMACNA OF SOUTHERN NEVADA (AKA SOUTHERN NEVADA AIR CONDITIONING & SHEET METAL CONTRACTORS' ASSOCIATION, INC.) TRADES PROGRAM; INTERNATIONAL ASSOCIATION OF SHEET METAL AIR, RAIL AND TRANSPORTATION WORKERS LOCAL UNION NO. 88 DUES; LOCAL 88 UNIFIED CONSTRUCTION INDUSTRY COUNCIL FUND; AND SMART LOCAL 88 POLITICAL ACTION LEAGUE FUND,<br><br>    Plaintiffs, | Case No. 2:21-cv-00334-AB (PDx)<br><br>Hon. Andre Birotte, Jr.<br><br><br>ORDER AND JUDGMENT ON STIPULATION FOR JUDGMENT |

|   |   |
|---|---|
| v. | |
| ROYAL METAL WORKS, INC.; and WILLIAM PAUL BLAZVICK, individual, | |
| Defendants. | |

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers Pension Plan of Southern California, Arizona and Nevada (the "Pension Plan"); the Board of Trustees of the Sheet Metal Workers Health Plan of Southern California, Arizona and Nevada (the "Health Plan); the Board of Trustees of the Sheet Metal Workers Local 88 Section 401(k) Plan (the "401(k) Plan"); the Sheet Metal Workers Local 88 Retiree Health Plan (the "Retiree Fund"); the Sheet Metal Workers Local 88 Joint Apprenticeship and Training Fund, Inc. (the "JATC"); the Local 88 Industry Stabilization Program (the "Industry Stabilization Program"); the SMACNA of Southern Nevada (aka Southern Nevada Air Conditioning & Sheet Metal Contractors' Association, Inc.) Trades Program ("Industry Fund") and International Association of Sheet Metal Air, Rail and Transportation Workers Local Union No. 88 Dues (the "Dues Fund"); Sheet Metal Workers Local 88 Unified Construction Industry Council Fund ("Unified Construction"); and  International Association of Sheet Metal Air, Rail and Transportation Workers Local Union No. 88  Political Action League Fund ("PAL") (collectively the "Plans" or "Trust Funds"), and Defendants, William Paul Blazvick ("Individual Defendant"); and Royal Metal Workers, Inc.  ("Company"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. That the Company and Individual Defendant agree that they are indebted to the Plans in the total amount of $246,442.94 as follows: contributions in the amount of $163,081.68 for the work months of August 2019, October 2019, and November 2019;

$47,240.84 in liquidated damages for late payment or nonpayment of contributions for the work months of August 2017 through December 2017, January 2018 through March 2018, May 2018 through June 2018, June 2019 through November 2019; $23,620.42 in interest for late payment or nonpayment of contributions for the work months of August 2017 through December 2017, January 2018 through March 2018, May 2019 through June 2018, June 2019 through November 2019; and attorney's fees in the amount of $12,500.00.

2. Judgment is entered in favor of the Plans and against the Company and Individual Defendant, jointly and severally, in the amount of $246,442.94 for delinquent employee benefit plan contributions, accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

4. IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if the judgment is not fully consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED**.

Dated: April 14, 2021

_____
Hon. Andre Birotte Jr.