UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; THE BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; THE BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 88 SECTION 401(K) PLAN; THE SHEET METAL WORKERS LOCAL 88 RETIREE HEALTH PLAN; THE SHEET METAL WORKERS LOCAL 88 JOINT APPRENTICESHIP AND TRAINING FUND, INC.; THE LOCAL 88 INDUSTRY STABILIZATION PROGRAM; THE SMACNA OF SOUTHERN NEVADA (AKA SOUTHERN NEVADA AIR CONDITIONING & SHEET METAL CONTRACTORS' ASSOCIATION, INC.) TRADES PROGRAM; INTERNATIONAL ASSOCIATION OF SHEET METAL AIR, RAIL AND TRANSPORTATION WORKERS LOCAL UNION NO. 88 DUES; LOCAL 88 UNIFIED CONSTRUCTION | Case No. 2:21-cv-00334-AB (PDx)<br><br>[PROPOSED] ORDER AND JUDGMENT ON SUPPLEMENTAL STIPULATION FOR JUDGMENT |

| | |
|---|---|
| 1 | INDUSTRY COUNCIL FUND; AND SMART LOCAL 88 POLITICAL ACTION LEAGUE FUND, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | ROYAL METAL WORKS, INC.; and WILLIAM PAUL BLAZVICK, individual, |
| 6 | |
| 7 | Defendants. |

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers Pension Plan of Southern California, Arizona and Nevada (the "Pension Plan"); the Board of Trustees of the Sheet Metal Workers Health Plan of Southern California, Arizona and Nevada (the "Health Plan"); the Board of Trustees of the Sheet Metal Workers Local 88 Section 401(k) Plan (the "401(k) Plan"); the Sheet Metal Workers Local 88 Retiree Health Plan (the "Retiree Fund"); the Sheet Metal Workers Local 88 Joint Apprenticeship and Training Fund, Inc. (the "JATC"); the Local 88 Industry Stabilization Program (the "Industry Stabilization Program"); the SMACNA of Southern Nevada (aka Southern Nevada Air Conditioning & Sheet Metal Contractors' Association, Inc.) Trades Program ("Industry Fund") and International Association of Sheet Metal Air, Rail and Transportation Workers Local Union No. 88 Dues (the "Dues Fund"); Sheet Metal Workers Local 88 Unified Construction Industry Council Fund ("Unified Construction"); and  International Association of Sheet Metal Air, Rail and Transportation Workers Local Union No. 88  Political Action League Fund ("PAL") (collectively the "Plans" or "Trust Funds"), and Defendants, William Paul Blazvick ("Individual Defendant"); and Royal Metal Workers, Inc. ("Company"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Supplemental Stipulation for Judgment in its entirety.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. That the Company and Individual Defendant agree that they are indebted to the Plans in the total amount of $133,352.71 as follows: contributions in the amount of $73,276.72 for the work months of May 2021, July 2021 and September 2021; $30,050.66 in liquidated damages for late payment or nonpayment of contributions for the work months of March 2020, June 2020, October 2020, April 2021, May 2021, July 2021, August 2021 and September 2021; $15,025.33 in interest for late payment or nonpayment of contributions for the work months of March 2020, June 2020, October 2020, April 2021, May 2021, July 2021, and August 2021; and attorney's fees in the amount of $15,000.00.

2. Judgment is entered in favor of the Plans and against the Company and Individual Defendant, jointly and severally, in the amount of $133,352.71 for delinquent employee benefit plan contributions, accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3. This Order and Judgment on the Supplemental Stipulation for Judgment does not supersede or replace the prior Stipulation for Judgment entered in this case on April 12, 2021 (Dkt. No. 9), nor the Order and Judgment on Stipulation for Judgment entered April 15, 2021 (Dkt. No. 10).

4. This Court retains jurisdiction over this matter through April 1, 2022 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

**IT IS SO ORDERED**.

Dated: December 21, 2021

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE